**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON, | ) | |
| Plaintiff, | ) ) | Case No. 2:17-cv-01091-RFB-CWH |
| vs. | ) ) | **ORDER** |
| ALEXANDER RIVERA, et al., | ) ) | |
| Defendants. | ) ) ) | |

In reviewing the docket in this case, it has come to the court's attention that the parties have not filed a proposed discovery plan and scheduling order. Local Rule 26-1(a) requires that the "plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order." Here, Defendant Yanling Zhang filed a motion to dismiss (ECF No. 10) on May 17, 2017. To date, the parties have not filed a stipulated discovery plan and scheduling order.

IT IS THEREFORE ORDERED that within 21 days from the date of this order, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: August 23, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**