1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: rex.garner@akerman.com

7  *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-9, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-9,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER RIVERA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PROPERTIES PLUS INVESTMENTS LIMITED LIABILITY COMPANY; KIDS NEED HELP, INC.; YANLING ZHANG; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01091-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO LIFT STAY AND DISMISS THE CASE** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 (**BoNYM**) and defendant Yanling Zhang (**Zhang**), in response to the Court's order dated March 23, 2018, 2017 (ECF No. 23), respectfully submit the following stipulation and proposed order:

1. This case involves, among other things, competing claims to property following an HOA foreclosure sale.

2. BoNYM and Zhang each filed a lawsuit concerning the same property; Defendant Zhang in state court and BoNYM in this Court.

3. The Court stayed this federal action pending the answer to the certified question (ECF No. 23).

4. The parties have subsequently settled their dispute and have dismissed the state court action.

5. Therefore, the parties request the Court lift the stay and enter an order dismissing this case, with all parties to bear their own fees and costs.

…
…
…
…
…
…
…
…
…
…
…
…
…

2

6. All other parties have either been dismissed, defaulted, or never appeared.

DATED this 14th day of November, 2018.

| **AKERMAN LLP** | **MORRIS LAW CENTER** |
|---|---|
| */s/ Rex D. Garner, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9* | */s/ Sarah A. Morris, Esq.* <br> SARAH A. MORRIS, ESQ. <br> Nevada Bar No. 8461 <br> BRIAN A. MORRIS, ESQ. <br> Nevada Bar No. 11217 <br> TIMOTHY A. WISEMAN, ESQ. <br> Nevada Bar No. 13768 <br> 6085 W. Twain Avenue, Suite 201 <br> Las Vegas, NV 89103 <br><br> *Attorneys for Yanling Zhang* |

## **ORDER**

Based on the parties' stipulation above, IT IS SO ORDERED that this action be dismissed, all parties to bear their own fees and costs.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __November 26, 2018._____